### EDWARDY *v.* MOORE *et al.*

BECK, J. Under the facts and pleadings disclosed in the record, the court did not err in granting the order denying the prayer for injunction and receiver.

*Judgment affirmed. All the Justices concur, except Lumpkin, J., disqualified, and Hill, J., not presiding.*

DECEMBER 13, 1911.

Petition for injunction. Before Judge Bell. Fulton superior court. December 20, 1910.

*Burton Smith,* for plaintiff. *Jackson & Orme* and *King & Spalding & Underwood,* for defendants.